## No. 14,831.

### KAMP ET AL. v. FICCIO.
(106 P. [2d] 1066)

Decided September 23, 1940. Rehearing denied October 21, 1940.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Francis E. Bouck and Mr. Justice Young not participating.

Mr. CLARENCE EYNON, for plaintiffs in error.

Mr. BENJAMIN C. HILLIARD, JR., Mr. GEORGE A. TROUT, Mr. BART W. O'HARA, for defendant in error.